**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-7609

In Re: MARCUS DUKE SHELTON,

Petitioner.

On Petition for Writ of Error Coram Nobis.

Submitted:  December 15, 2000        Decided:  January 8, 2001

Before WILKINS, WILLIAMS, and MOTZ, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Marcus Duke Shelton, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Marcus Duke Shelton petitions this court for a writ of error coram nobis, 28 U.S.C. § 1651(a) (1994), seeking to invalidate his 1988 Virginia conviction for petty larceny. To the extent that Shelton seeks review of a Virginia trial court's denial of his state petition for a writ of error coram nobis, we do not possess jurisdiction to review that court's decision. See 28 U.S.C. §§ 1291-1296 (1994). Furthermore, this court has no jurisdiction under § 1651(a) to alter the judgment of a Virginia trial court. See Sinclair v. Louisiana, 679 F.2d 513, 514-15 (5th Cir. 1982). Accordingly, we deny Shelton's petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED